# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORAN,<br><br>    Petitioner,<br><br>v.<br><br>NEIL McDOWELL,<br><br>    Respondent. | CASE NO. CV 18-3080-JFW (FFM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Report. After having made a de novo determination of the portions of the Report to which objections were directed, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge with the following modification, *see* 28 U.S.C. § 636(b)(1)(C), which is not material to the Court's decision:

- At page 2, line 6, strike the words "An Orange County Superior Court jury," and replace them with "A Los Angeles County Superior Court jury."

/ / /

/ / /

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: June 5, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE