JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MORAN, | ) | No. CV 18-3080-JFW (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| NEIL McDOWELL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: <u>June 5, 2019</u>

                                           /s/ John F. Walter
                                           JOHN F. WALTER
                                           United States District Judge